■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES SHOLAR, Appellant. [810 NYS2d 344]—Appeal by the defendant from an amended judgment of the County Court, Orange County (DeRosa, J.), rendered November 8, 2004, revoking a sentence of probation previously imposed by the same court upon his admission that he had violated a condition thereof, and imposing a sentence of imprisonment upon his previous conviction of criminal possession of a controlled substance in the fourth degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Schmidt, J.P., Crane, Krausman, Skelos and Lunn, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE TALIAFERRO, Appellant. [810 NYS2d 343]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kron, J.), rendered September 9, 2004, convicting him of criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on this direct appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Stokes,* 95 NY2d 633, 637 [2001]). Florio, J.P., Ritter, Krausman and Covello, JJ., concur.